IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YOON JA KIM, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 01 CV 3895 |
| | ) | |
| vs. | ) | |
| | ) | |
| THE EARTHGRAINS COMPANY, | ) | Magistrate Michael T. Mason |
| k/n/a SARA LEE BAKERY GROUP, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**DOCKETED MAR 15 2004**

## INITIAL JOINT STATUS REPORT

Plaintiff, Dr. Yoon Ja Kim ("Kim") and Defendant, The Earthgrains Company ("Earthgrains"), submit their Initial Joint Status Report in this Consent Case in compliance with Judge Mason's February 4, 2004 order.

1. A brief summary of the claims asserted in the complaint and any counterclaim or third party complaint. A courtesy copy of the current complaint, answer, counterclaim, etc. should be delivered to the Courtroom Deputy with the status report.

    Kim alleges infringement of United States Patent No. Re. 36,355. Earthgrains counterclaims for a declaration that United States Patent No. Re. 36,355 is invalid and not infringed. Attached is a copy of Kim's complaint and Earthgrains' answer and counterclaim.

2. A brief summary of the relief sought, including an itemization of damages.

    Kim seeks monetary relief, which has not yet been itemized, and a permanent injunction enjoining Earthgrains from using her invention as embodied in her U.S. Patent No. Re. 36,355. Kim also seeks treble damages, attorneys fees and costs based on Earthgrains' infringement of her 36,355 patent. Kim anticipates disclosing an expert to establish her monetary damages. Earthgrains seeks a declaration that Kim's U.S. Patent No. 36,355 is invalid and not infringed.

3. The status of any pending motions.

    Kim currently has a motion pending to modify the terms of the protective order so that she may serve as her own expert in this case on liability issues, which specifically requests access to certain product formulas which are currently subject to an attorneys eyes only provision. Earthgrains' has proposed its own protective order in its response to

Kim's motion, and takes the position that Kim cannot serve as her own expert and has demonstrated an inability to comply with protective orders.

4. Any current dates for discovery cut-off, pre-trial order or trial.

This Court has currently set a discovery cut-off date of May 1, 2004.

5. A description of the discovery that has been completed, including the specific number of depositions that have been taken, and a description of the future discovery that is contemplated.

Initial written discovery has been exchanged and answered. Some issues still remain concerning the parties written discovery responses, which the parties are currently attempting to resolve without court intervention. The deposition of the plaintiff has been taken. Kim has issued a Rule 30(b)(6) notice for deposition on several topics, but Earthgrains has yet to identify its witnesses. It is anticipated that each party will disclose one or more experts and tender expert reports, and that said experts will be deposed.

6. Whether a jury has been demanded.

A jury has been demanded.

7. The status of settlement discussions, if any.

No settlement discussions have taken place.

Dated: March 12, 2004

**YOON JA KIM**

By: _____
One Of Her Attorneys

Keith D. Parr
Denean K. Sturino
LORD, BISSELL & BROOK LLP
115 South LaSalle Street
Chicago, Illinois 60603
(312) 443-0497 (K. Parr)
(312) 443-1893 (D. Sturino)

**THE EARTHGRAINS COMPANY**

By: _____
One of its Attorneys

Bryan Wheelock
HARNESS, DICKEY & PIERCE
7700 Bonhomme
Suite 400
Clayton, Missouri 63105

David H. Levitt
HINSHAW & CULBERTSON
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601

871679_1