**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| YOON JA KIM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 01 cv 3895 |
| | ) | |
| THE EARTHGRAINS CO., | ) | Honorable Susan E. Cox |
| k/n/a SARA LEE BAKERY GROUP, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | | |

**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**
**ON APPLICABLE DAMAGES PERIOD**

Defendant Earthgrains Company, k/n/a Sara Lee Bakery Group, Inc., ("Sara Lee"), respectfully moves pursuant to Federal Rule of Civil Procedure 56(b) and Local Rule 56.1 for entry of partial summary judgment limiting the applicable damages period to after March 31, 2009, the date of the issuance of the Reexamination Certificate now at issue in this case. In support of this Motion, Sara Lee submits: (i) a Memorandum of Law in Support of Defendant's Motion for Partial Summary Judgment on Applicable Damages Period; and (ii) a Statement of Undisputed Material Facts in Support of Its Motion for Partial Summary Judgment on Applicable Damages Period.

Dated: December 14, 2009

Craig C. Martin
Steven R. Trybus
Olivia T. Luk
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

Respectfully submitted,

SARA LEE BAKERY GROUP, INC.

By:    */s/ Steven R. Trybus*
         One of its Attorneys

**CERTIFICATE OF SERVICE**

      I, Olivia T. Luk, an attorney, hereby certify that I caused a true and correct copy of the foregoing Defendant Sara Lee Bakery Group, Inc.'s Motion for Partial Summary Judgment on Applicable Damages Period; Memorandum of Law in Support of Defendant's Motion for Partial Summary Judgment on Applicable Damages Period; and Statement of Undisputed Material Facts in Support of Its Motion for Partial Summary Judgment on Applicable Damages Period to be served on all counsel of record by the Court's electronic filing system on December 14, 2009:

                                                              */s/ Olivia T. Luk*_____
                                                                 Olivia T. Luk