**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| YOON JA KIM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 01 cv 3895 |
| THE EARTHGRAINS CO., | ) |
| k/n/a SARA LEE BAKERY GROUP, | ) Honorable Susan E. Cox |
| INC., | ) |
| | ) |
| Defendant. | ) |

### Order Requiring Yoon Ja Kim To Produce Evidence Of Her Assets

**To:**   Yoon Ja Kim, 913 Frances Parkway, Park Ridge, IL, 60068.

**YOU ARE COMMANDED** to appear in Court on March 11, 2010, at 10:30 a.m. to be examined under oath to discover assets related to your In Forma Pauperis Application and Financial Affidavit submitted to this Court on March 18, 2009, under penalty of perjury and with the understanding that pursuant to 28 U.S.C § 1915(e)(2)(A), the Court shall dismiss this case if at any time the Court determines that your allegation of poverty is untrue.

**YOU ARE COMMANDED** to produce to the Court and defendant's counsel before the examination, and by March 5, 2010: copies of the documents set forth on the attached Schedule A and all books, papers or records in your possession or control which may contain information concerning your assets, property or income, or indebtedness due. Copies of the set forth documents shall be delivered to the Court at:

   Everett McKinley Dirksen United States Courthouse
   219 South Dearborn Street
   Chicago, IL 60604
   Chambers Room 1334

and to defendant's counsel at:

   Jenner & Block LLP
   c/o Craig C. Martin
   353 N. Clark Street
   Chicago, IL 60654.

**WARNING: YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT AND/OR TO A JUDGMENT AGAINST YOU.**

IT IS SO ORDERED.

Dated: February 26, 2010

                                The Honorable Susan E. Cox
                                United States District Court

## Schedule A

This Court orders Plaintiff, Yoon Ja Kim, to produce to the Court and to defendant's counsel of record, any and all information related to the below topics by March 5, 2010. Unless specified below, Kim is to produce information related to each topic below for the last ten years. The information to be produced is not limited to information about assets in the United States, but includes assets worldwide, and specifically, in Korea.

The documents Kim is required to produce include, but are not limited to or by, information regarding the following and any and all documents pertaining to, referring to, relating to, evidencing and/or supporting the following:

1. Bank statements, checking accounts, savings accounts, money market accounts, mutual funds, certificates of deposit, safe deposit box signature cards, safe deposit records, trust accounts, regular accounts, special accounts, security interests, Christmas club accounts, special savings, thrift accounts, all records of any off shore bank accounts, wire transfers in/out - foreign and domestic, and signature cards.

2. Kim's ownership of the forest in Korea she testified about in her January 26, 2010 deposition.

3. Kim's ownership of the commercial office building in Korea she testified about in her January 26, 2010 deposition.

4. Kim's inheritance and her ability to request money from her family in Korea that she testified about in her January 26, 2010 deposition.

5. Mortgages, deeds of trust, conditional sales contracts, title policies and homesteads.

6. Any and all pension, retirement or employee savings funds or accounts.

7. Registration certificate(s) and title(s) for all vehicles, aircraft, boats, motorcycles, trailers, and mobile homes.

8. Stock certificates, stockholder agreements, stock options, bonds, annuities, commercial paper, and brokerage or commodity accounts.

9. Cash deposits and cash reserves.

10. Personal property, including: art work, collectables, jewelry, watches, electronic equipment, guns, furs, coins or bullion, and rugs.

11. Any and all ownership or other interests, in real estate of any nature whatsoever, worldwide.

12. Insurance policies and certificates or schedules of, and for, real and personal property.

13. Federal and State income tax returns.

14. Trust Agreements, including information about family trusts.

15. Social Security, disability, life insurance, workers' compensation, unemployment, welfare, alimony or maintenance, or child support.

16. Accounts receivable and beneficial interests.

17. Inheritances, wills and codicils.

18. Payments of, and expectancies to receive, salary, income, wages, consulting fees, commissions or bonuses or other such fees or compensation from any source whatsoever, including rent payments, interest, or dividends.

19. Leases, whether oral or in writing.

20. Any and all ownership interests in any corporation, partnership, firm, business association, business trust, or other such entity.

21. Any and all interests whatsoever in patents, copyrights, trademarks, service marks, inventions, or royalty agreements.

22. Custodianship of any and all real property, personal property, tangible property or intangible property located anywhere worldwide.

23. Any and all real property, personal property, tangible property or intangible property located anywhere worldwide held by others for your benefit.

24. Indebtedness and liabilities, including notes and/or loan documents.

25. Any and all transfers or conveyances, whether by sale, gift, assignment, pledge, or other, of any and all real property, personal property, tangible property and intangible property.

26. Tax returns, and other documents, including documents related to trusts, estates, and real estate, filed in Korea.

27. Business records, including records of income, related to Research Resources, Inc.

28. Records, including any loan and mortgage records, related to the property located at 913 Frances Parkway, Park Ridge, IL, 60068.